# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2013

### NO. 03-13-00304-CV

**Jaime Mendez Cuellar, Appellant**

**v.**

**Brad Livingston et al., Appellees**

**APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.